UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATH WIRELESS, LLC,

      Plaintiff,

v.                                Case No. 3:20-cv-392-J-34JRK

NOKIA OF AMERICA CORP.,

      Defendant.
_____

**O R D E R**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 23; Report) entered by the Honorable James R. Klindt, United States Magistrate Judge, on September 1, 2020. In the Report, Judge Klindt recommends that Defendant's Motion to Compel Arbitration and to Stay Case (Dkt. No. 9) be granted; that the parties be ordered to submit Plaintiff's claims to arbitration; that this case be stayed; and that the parties be directed to file joint status reports. See Report at 12. To date, no objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED**:

1. The Report and Recommendation (Dkt. No. 23) is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Compel Arbitration and to Stay Case (Dkt. No. 9) is **GRANTED**.

3. The parties are directed to submit Plaintiff's claims to arbitration in accordance with the Frame Agreement.

4. This case is **STAYED** pending either a determination by the arbitrator that the claims should not be arbitrated pursuant to the Frame Agreement, or pending completion of substantive arbitration proceedings, whichever occurs first.

5. The Clerk of the Court is directed to administratively close this case pending further Order of the Court.

6. The parties are **DIRECTED** to file a joint status report upon the conclusion of the arbitration. If the arbitration is not completed within 120 days from the date of this Order, then the parties shall file a joint status report at that time and every 120 days thereafter until the arbitration proceedings are completed.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of September, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record